| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**Ligia Aly Romua**<br>**Raymond Romua**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  09/18/2025    Ligia Aly Romua                                        /s/ Ligia Aly Romua
                     Printed name of Debtor 1                               Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  09/18/2025     Raymond Romua
                      Printed name of Debtor 2                              Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                          F 1002-1.EMP.INCOME.DEC

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705                              Voucher #: 029786 Sort Order: 222
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Ligia Aly Romua - (J54917) | 07-25-2025 | xxx-xx-2903 | 07-06-2025 | 07-19-2025 | 10361606 |

Federal Tax-Status MJ Allowances Married Filing Joint                              State Tax - Status M  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 07-19-2025 | O/T PREMIUM | 17.5000 | 0.00 | 33.78 | 0.00 | 1.93 |
| 07-19-2025 | REGULAR PAY | 35.0000 | 70.98 | 2484.30 | 70.98 | 0.00 |
| 07-19-2025 | O/T | 35.0000 | 1.93 | 67.55 | 1.93 | 0.00 |
| 07-19-2025 | MEAL BREAK | 35.0000 | 0.00 | 35.00 | 1.00 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1556.24 |
| DENTAL PRE T | 17.63 | 246.82 |
| MED FSA GENL | 9.62 | 144.24 |
| VISION PRE T | 6.15 | 86.10 |
| FEDERAL TAX | 140.32 | 3033.64 |
| MEDICARE | 35.90 | 650.78 |
| SOC SECURITY | 153.51 | 2782.64 |
| CA INCOME TAX | 47.32 | 1064.77 |
| CA DISABILITY | 29.71 | 538.56 |

Total(s):    72.91    2,620.63

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 28158 | 2,069.31 |

Net Pay: **$2,069.31**

Net Pay YTD: **$36,860.95**

Total: 2,069.31

Total(s): 551.32    10,103.79

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 1867.64 |
| SICK | 1610.00 |
| REGULAR PAY | 37846.90 |
| O/T | 3735.20 |
| MEAL BREAK | 140.00 |
| HOLIDAY | 1120.00 |
| VACATION | 595.00 |
| REIM EXPENSE | 50.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 9.24 | 23.10 | 17.00 | 15.34 |
| SICK | 0.00 | 40.00 | 46.00 | -6.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | -111.16 | 1625.89 |
| MET BLADD 10K | 0.00 | 11.55 |
| MET DENT PPO | -17.63 | -0.07 |
| METLIFE ER PAID | 0.00 | 24.36 |
| MET VSP | -6.15 | -0.07 |

Total: $46,964.74                                                      Total(s): -134.94    1,661.66

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                                                      Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                                      10361606
ENGAGE PEO V                                                      07-25-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

**  VOID  **

Pay: Non-negotiable

To The Order Of:
Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeDATACAPTURE

Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705 — 8003177100

Voucher #: 033975  Sort Order: 219

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Ligia Aly Romua - (J54917) | 08-08-2025 | xxx-xx-2903 | 07-20-2025 | 08-02-2025 | 10421425 |

Federal Tax-Status MJ  Allowances Married Filing Joint              State Tax - Status M  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-02-2025 | O/T PREMIUM | 17.5000 | 0.00 | 39.03 | 0.00 | 2.23 |
| 08-02-2025 | REGULAR PAY | 35.0000 | 70.68 | 2473.80 | 70.68 | 0.00 |
| 08-02-2025 | O/T | 35.0000 | 2.23 | 78.05 | 2.23 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1667.40 |
| DENTAL PRE T | 17.63 | 264.45 |
| MED FSA GENL | 9.61 | 153.85 |
| VISION PRE T | 6.15 | 92.25 |
| FEDERAL TAX | 136.75 | 3170.39 |
| MEDICARE | 35.47 | 686.25 |
| SOC SECURITY | 151.68 | 2934.32 |
| CA INCOME TAX | 46.01 | 1110.78 |
| CA DISABILITY | 29.36 | 567.92 |

Total(s):  72.91   2,590.88

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 28158 | 2,047.06 |

Net Pay: **$2,047.06**
Net Pay YTD: **$38,908.01**

Total: 2,047.06

Total(s): 543.82   10,647.61

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 1906.67 |
| SICK | 1610.00 |
| REGULAR PAY | 40320.70 |
| O/T | 3813.25 |
| MEAL BREAK | 140.00 |
| HOLIDAY | 1120.00 |
| VACATION | 595.00 |
| REIM EXPENSE | 50.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 9.24 | 24.64 | 17.00 | 16.88 |
| SICK | 0.00 | 40.00 | 46.00 | -6.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | 343.43 | 1969.32 |
| MET BLADD 10K | 1.65 | 13.20 |
| MET DENT PPO | 17.62 | 17.55 |
| METLIFE ER PAID | 3.48 | 27.84 |
| MET VSP | 6.14 | 6.07 |

Total: $49,555.62

Total(s): 372.32   2,033.98

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information. Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                                                    Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                                        10421425
ENGAGE PEO V                                                                  08-08-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeDATACAPTURE

Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705       Voucher #: 034823  Sort Order: 221
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Ligia Aly Romua - (J54917) | 08-22-2025 | xxx-xx-2903 | 08-03-2025 | 08-16-2025 | 10479997 |

Federal Tax-Status MJ Allowances Married Filing Joint                State Tax - Status M  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-16-2025 | O/T PREMIUM | 17.5000 | 0.00 | 19.78 | 0.00 | 1.13 |
| 08-16-2025 | VACATION | 35.0000 | 0.00 | 256.90 | 7.34 | 0.00 |
| 08-16-2025 | REGULAR PAY | 35.0000 | 69.42 | 2429.70 | 69.42 | 0.00 |
| 08-16-2025 | O/T | 35.0000 | 1.13 | 39.55 | 1.13 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1778.56 |
| DENTAL PRE T | 17.63 | 282.08 |
| MED FSA GENL | 9.62 | 163.47 |
| VISION PRE T | 6.15 | 98.40 |
| FEDERAL TAX | 155.36 | 3325.75 |
| MEDICARE | 37.72 | 723.97 |
| SOC SECURITY | 161.28 | 3095.60 |
| CA INCOME TAX | 52.83 | 1163.61 |
| CA DISABILITY | 31.22 | 599.14 |

Total(s):  70.55  2,745.93

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 28158 | 2,162.96 |

**Net Pay: $2,162.96**

**Net Pay YTD: $41,070.97**

Total: 2,162.96                 Total(s): 582.97  11,230.58

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 1926.45 |
| SICK | 1610.00 |
| REGULAR PAY | 42750.40 |
| O/T | 3852.80 |
| MEAL BREAK | 140.00 |
| HOLIDAY | 1120.00 |
| VACATION | 851.90 |
| REIM EXPENSE | 50.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 9.24 | 26.18 | 24.34 | 11.08 |
| SICK | 0.00 | 40.00 | 46.00 | -6.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | -111.16 | 1858.16 |
| MET BLADD 10K | 0.00 | 13.20 |
| MET DENT PPO | -17.63 | -0.08 |
| METLIFE ER PAID | 0.00 | 27.84 |
| MET VSP | -6.15 | -0.08 |

Total: $52,301.55                         Total(s): -134.94  1,899.04

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                              Query: HRP_CHECKS.MVQ  Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                                    10479997
ENGAGE PEO V                                                              08-22-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeDATACAPTURE

Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705       Voucher #: 038157  Sort Order: 219
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Ligia Aly Romua - (J54917) | 09-05-2025 | xxx-xx-2903 | 08-17-2025 | 08-30-2025 | 10538018 |

Federal Tax-Status MJ  Allowances Married Filing Joint                            State Tax - Status M  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-30-2025 | O/T PREMIUM | 17.5000 | 0.00 | 53.38 | 0.00 | 3.05 |
| 08-30-2025 | VACATION | 35.0000 | 0.00 | 280.00 | 8.00 | 0.00 |
| 08-30-2025 | REGULAR PAY | 35.0000 | 71.22 | 2492.70 | 71.22 | 0.00 |
| 08-30-2025 | O/T | 35.0000 | 3.05 | 106.75 | 3.05 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1889.72 |
| DENTAL PRE T | 17.63 | 299.71 |
| MED FSA GENL | 9.61 | 173.08 |
| VISION PRE T | 6.15 | 104.55 |
| FEDERAL TAX | 177.79 | 3503.54 |
| MEDICARE | 40.43 | 764.40 |
| SOC SECURITY | 172.87 | 3268.47 |
| CA INCOME TAX | 61.06 | 1224.67 |
| CA DISABILITY | 33.46 | 632.60 |

Total(s):   74.27   2,932.83

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 28158 | 2,302.67 |

Net Pay: **$2,302.67**
Net Pay YTD: **$43,373.64**

Total: 2,302.67                         Total(s):  630.16  11,860.74

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 1979.83 |
| SICK | 1610.00 |
| REGULAR PAY | 45243.10 |
| O/T | 3959.55 |
| MEAL BREAK | 140.00 |
| HOLIDAY | 1120.00 |
| VACATION | 1131.90 |
| REIM EXPENSE | 50.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 9.24 | 27.72 | 32.34 | 4.62 |
| SICK | 0.00 | 40.00 | 46.00 | -6.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | 343.43 | 2201.59 |
| MET BLADD 10K | 1.65 | 14.85 |
| MET DENT PPO | 17.62 | 17.54 |
| METLIFE ER PAID | 3.48 | 31.32 |
| MET VSP | 6.14 | 6.06 |

Total:   $55,234.38                                    Total(s):  372.32  2,271.36

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                                      Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                                10538018
ENGAGE PEO V                                                          09-05-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT
** VOID **

Pay: Non-negotiable
To The Order Of: Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

---

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeDATACAPTURE

Ligia Aly Romua
7200 Syracuse Ave
STANTON, CA 90680-1908

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705    Voucher #: 029725 Sort Order: 223
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Raymond Romua - (D64463) | 07-25-2025 | XXX-XX-7539 | 07-06-2025 | 07-19-2025 | 10361607 |

Federal Tax-Status MJ Allowances Married Filing Joint    State Tax - Status S Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 07-19-2025 | O/T PREMIUM | 16.5000 | 0.00 | 188.60 | 0.00 | 11.43 |
| 07-19-2025 | SICK | 33.0000 | 8.00 | 264.00 | 8.00 | 0.00 |
| 07-19-2025 | REGULAR PAY | 33.0000 | 72.00 | 2376.00 | 72.00 | 0.00 |
| 07-19-2025 | O/T | 33.0000 | 11.43 | 377.19 | 11.43 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1556.24 |
| DENTAL PRE T | 17.63 | 246.82 |
| VISION PRE T | 6.15 | 86.10 |
| FEDERAL TAX | 211.69 | 3887.62 |
| MEDICARE | 44.52 | 751.55 |
| SOC SECURITY | 190.39 | 3213.54 |
| CA INCOME TAX | 146.07 | 2768.32 |
| CA DISABILITY | 36.85 | 621.97 |

Total(s):    83.43    3,205.79

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 80707 | 2,441.33 |

Net Pay: **$2,441.33**
Net Pay YTD: **$40,638.26**

Total:    2,441.33    Total(s):    764.46    13,132.16

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 4432.26 |
| REGULAR PAY | 37550.70 |
| O/T | 8864.46 |
| MEAL BREAK | 297.00 |
| HOLIDAY | 1056.00 |
| REIM EXPENSE | 50.00 |
| SICK | 1056.00 |
| VACATION | 264.00 |
| BONUS + | 200.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 0.00 | 23.10 | 8.00 | 15.10 |
| SICK | 0.00 | 40.00 | 32.00 | 8.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | -111.16 | 1625.89 |
| MET BLADD 10K | 0.00 | 11.55 |
| MET DENT PPO | -17.63 | -0.07 |
| METLIFE ER PAID | 0.00 | 24.36 |
| MET VSP | -6.15 | -0.07 |

Total:    $53,770.42    Total(s):    -134.94    1,661.66

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274    Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC    10361607
ENGAGE PEO V    07-25-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeCAD

Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705                                     Voucher #: 033914  Sort Order: 220
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Raymond Romua - (D64463) | 08-08-2025 | xxx-xx-7539 | 07-20-2025 | 08-02-2025 | 10421426 |

Federal Tax-Status MJ Allowances Married Filing Joint                                    State Tax - Status S  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-02-2025 | O/T PREMIUM | 16.5000 | 0.00 | 83.66 | 0.00 | 5.07 |
| 08-02-2025 | REGULAR PAY | 33.0000 | 79.22 | 2614.26 | 79.22 | 0.00 |
| 08-02-2025 | O/T | 33.0000 | 5.07 | 167.31 | 5.07 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1667.40 |
| DENTAL PRE T | 17.63 | 264.45 |
| VISION PRE T | 6.15 | 92.25 |
| FEDERAL TAX | 170.83 | 4058.45 |
| MEDICARE | 39.59 | 791.14 |
| SOC SECURITY | 169.28 | 3382.82 |
| CA INCOME TAX | 114.06 | 2882.38 |
| CA DISABILITY | 32.76 | 654.73 |

Total(s): 84.29  2,865.23

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 80707 | 2,203.77 |

Net Pay: **$2,203.77**

Net Pay YTD: **$42,842.03**

Total: 2,203.77

Total(s): 661.46  13,793.62

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 4515.92 |
| REGULAR PAY | 40164.96 |
| O/T | 9031.77 |
| MEAL BREAK | 297.00 |
| HOLIDAY | 1056.00 |
| REIM EXPENSE | 50.00 |
| SICK | 1056.00 |
| VACATION | 264.00 |
| BONUS + | 200.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 0.00 | 24.64 | 8.00 | 16.64 |
| SICK | 0.00 | 40.00 | 32.00 | 8.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | 343.43 | 1969.32 |
| MET BLADD 10K | 1.65 | 13.20 |
| MET DENT PPO | 17.62 | 17.55 |
| METLIFE ER PAID | 3.48 | 27.84 |
| MET VSP | 6.14 | 6.07 |

Total: $56,635.65

Total(s): 372.32  2,033.98

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                                                Query: HRP_CHECKS.MVQ  Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                                                    10421426
ENGAGE PEO V                                                                              08-08-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeCAD

Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana, CA 92705    Voucher #: 034761 Sort Order: 222
8003177100

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Raymond Romua - (D64463) | 08-22-2025 | XXX-XX-7539 | 08-03-2025 | 08-16-2025 | 10479998 |

Federal Tax-Status MJ  Allowances Married Filing Joint                                    State Tax - Status S  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-16-2025 | O/T PREMIUM | 16.5000 | 0.00 | 111.05 | 0.00 | 6.73 |
| 08-16-2025 | SICK | 33.0000 | 0.00 | 264.00 | 8.00 | 0.00 |
| 08-16-2025 | REGULAR PAY | 33.0000 | 71.88 | 2372.04 | 71.88 | 0.00 |
| 08-16-2025 | O/T | 33.0000 | 6.73 | 222.09 | 6.73 | 0.00 |
| 08-16-2025 | MEAL BREAK | 33.0000 | 0.00 | 33.00 | 1.00 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1778.56 |
| DENTAL PRE T | 17.63 | 282.08 |
| VISION PRE T | 6.15 | 98.40 |
| FEDERAL TAX | 187.26 | 4245.71 |
| MEDICARE | 41.58 | 832.72 |
| SOC SECURITY | 177.76 | 3560.58 |
| CA INCOME TAX | 126.12 | 3008.50 |
| CA DISABILITY | 34.41 | 689.14 |

Total(s): 78.61  3,002.18

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 80707 | 2,300.11 |

Net Pay: **$2,300.11**
Net Pay YTD: **$45,142.14**

Total: 2,300.11       Total(s): 702.07  14,495.69

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 4626.97 |
| REGULAR PAY | 42537.00 |
| O/T | 9253.86 |
| MEAL BREAK | 330.00 |
| HOLIDAY | 1056.00 |
| REIM EXPENSE | 50.00 |
| SICK | 1320.00 |
| VACATION | 264.00 |
| BONUS + | 200.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 0.00 | 26.18 | 8.00 | 18.18 |
| SICK | 0.00 | 40.00 | 40.00 | 0.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | -111.16 | 1858.16 |
| MET BLADD 10K | 0.00 | 13.20 |
| MET DENT PPO | -17.63 | -0.08 |
| METLIFE ER PAID | 0.00 | 27.84 |
| MET VSP | -6.15 | -0.08 |

Total: $59,637.83                                                       Total(s): -134.94  1,899.04

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274                                                    Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC                                               10479998
ENGAGE PEO V                                                        08-22-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeCAD

Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

Chromium Dental II LLC - 2850 Red Hill Ave # 200, Santa Ana CA 92705 - 8003177100    Voucher #: 038095 Sort Order: 220

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Raymond Romua - (D64463) | 09-05-2025 | xxx-xx-7539 | 08-17-2025 | 08-30-2025 | 10538019 |

Federal Tax-Status MJ Allowances Married Filing Joint        State Tax - Status S  Allowances 0/0

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount | HRSPD | UNITPD |
|---|---|---|---|---|---|---|
| 08-30-2025 | O/T PREMIUM | 16.5000 | 0.00 | 54.12 | 0.00 | 3.28 |
| 08-30-2025 | VACATION | 33.0000 | 0.00 | 264.00 | 8.00 | 0.00 |
| 08-30-2025 | REGULAR PAY | 33.0000 | 71.30 | 2352.90 | 71.30 | 0.00 |
| 08-30-2025 | O/T | 33.0000 | 3.28 | 108.24 | 3.28 | 0.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 111.16 | 1889.72 |
| DENTAL PRE T | 17.63 | 299.71 |
| VISION PRE T | 6.15 | 104.55 |
| FEDERAL TAX | 160.51 | 4406.22 |
| MEDICARE | 38.34 | 871.06 |
| SOC SECURITY | 163.95 | 3724.53 |
| CA INCOME TAX | 106.50 | 3115.00 |
| CA DISABILITY | 31.73 | 720.87 |

Total(s): 74.58   2,779.26

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 80707 | 2,143.29 |

Net Pay: **$2,143.29**
Net Pay YTD: **$47,285.43**

Total: 2,143.29        Total(s): 635.97  15,131.66

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| O/T PREMIUM | 4681.09 |
| REGULAR PAY | 44889.90 |
| O/T | 9362.10 |
| MEAL BREAK | 330.00 |
| HOLIDAY | 1056.00 |
| REIM EXPENSE | 50.00 |
| SICK | 1320.00 |
| VACATION | 528.00 |
| BONUS + | 200.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| VACATION | 0.00 | 27.72 | 16.00 | 11.72 |
| SICK | 0.00 | 40.00 | 40.00 | 0.00 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| HMO 0-100 | 343.43 | 2201.59 |
| MET BLADD 10K | 1.65 | 14.85 |
| MET DENT PPO | 17.62 | 17.54 |
| METLIFE ER PAID | 3.48 | 31.32 |
| MET VSP | 6.14 | 6.06 |

Total: $62,417.09        Total(s): 372.32  2,271.36

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274        Query: HRP_CHECKS.MVQ  Version: Legal_PTO 25.06.237

---

Chromium Dental II LLC        10538019
ENGAGE PEO V        09-05-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680

_____

Chromium Dental II LLC
ENGAGE PEO V
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

OC
CrownBridgeCAD

Raymond Romua
7200 Syracuse Ave
STANTON, CA 90680