Certificate Number: 14912-CAC-DE-040318169

Bankruptcy Case Number: 25-12691



14912-CAC-DE-040318169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 16, 2025</u>, at <u>10:07</u> o'clock <u>PM EST</u>, <u>Ligia Aly Raymond</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   November 16, 2025              By:   /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title:  Counselor