United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-12691-MH |
| Ligia Aly Romua | Chapter 7 |
| Raymond Romua | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: 318a | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ligia Aly Romua, Raymond Romua, 7200 Syracuse Ave, Stanton, CA 90680-1908 |
| 42684559 | Freedom Debt Relief, 1875 S Grant St Ste 300, San Mateo, CA 94402-7025 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: richard.marshack@txitrustee.com | Dec 30 2025 01:26:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | EDI: EDD.COM | Dec 30 2025 06:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Dec 30 2025 06:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + Email/Text: bkfilings@zwickerpc.com | Dec 30 2025 01:28:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + EDI: AISACG.COM | Dec 30 2025 06:11:00 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42684552 | Email/PDF: bncnotices@becket-lee.com | Dec 30 2025 01:39:10 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42684553 | EDI: TSYS2 | Dec 30 2025 06:08:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 42684554 | + Email/Text: ecf@becu.org | Dec 30 2025 01:28:00 | Boeing Employees Credit Union, PO Box 97050, Seattle, WA 98124-9750 |
| 42684555 | EDI: CAPITALONE.COM | Dec 30 2025 06:08:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42684556 | EDI: CITICORP | Dec 30 2025 06:08:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42684557 | EDI: CITICORP | Dec 30 2025 06:08:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42684558 | Email/Text: EBNBKNOT@ford.com | Dec 30 2025 01:28:00 | Ford Motor Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 42684560 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 30 2025 01:26:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42684561 | EDI: IRS.COM | Dec 30 2025 06:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 8:25-bk-12691-MH    Doc 14    Filed 12/31/25    Entered 12/31/25 21:36:39    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 318a | Total Noticed: 21 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 42684563 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 30 2025 01:28:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 42684564 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 30 2025 01:28:00 | SchoolsFirst Federal Credit Union, PO Box 11547, Santa Ana, CA 92711-1547 |
| 42684565 | EDI: WTRRNBANK.COM | Dec 30 2025 06:08:00 | TD Bank / Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 42684566 | Email/Text: UpStart@ebn.phinsolutions.com | Dec 30 2025 01:27:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |
| 42684567 | EDI: G2RSVELOCITY | Dec 30 2025 06:08:00 | Velocity Investments, 1800 State Route 34 Ste 305, Wall Township, NJ 07719-9146 |
| 42684567 | Email/Text: bnc_4301@velocityrecoveries.com | Dec 30 2025 01:27:00 | Velocity Investments, 1800 State Route 34 Ste 305, Wall Township, NJ 07719-9146 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42684562 | * | Raymond Romua, 7200 Syracuse Ave, Stanton, CA 90680-1908 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor Raymond Romua bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Ligia Aly Romua bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Katie E Hankard | on behalf of Creditor American Express National Bank c/o Zwicker & Associates P.C. bknotices@zwickerpc.com, bknotices@zwickerpc.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8 User: admin Page 3 of 3
Date Rcvd: Dec 29, 2025 Form ID: 318a Total Noticed: 21
TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ligia Aly Romua<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2903<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Raymond Romua<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7539<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:25-bk-12691-MH

## Order of Discharge – Chapter 7                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ligia Aly Romua

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 12/29/25

Raymond Romua

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 12/29/25

**Dated:** 12/29/25

**By the court:** Mark D. Houle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

12/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc        Order of Chapter 7 Discharge        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**